In the Matter of the Probate of the Will of SAMUEL RICHARDSON, Deceased. ALMA GLADDEN, Appellant; MARTIN SOBIN et al., as Executors of SAMUEL RICHARDSON, Deceased, Respondents.— No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.  [See *post*, p. 1013.]

In the Matter of STATEN ISLAND WAR MEMORIAL ASSOCIATION, INC., Respondent. MYRA S. BARNES et al., Appellants; STATEN ISLAND PLAZA, INC., et al., Respondents.— Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ., concur. [See *post*, pp. 966, 1017.]

In the Matter of CAROLINE R. STERN et al., Petitioners, against HENRY V. KURTZ et al., Constituting the Board of Appeals of the Town of Somers, Respondents.— No opinion. MacCrate, Schmidt, Beldock and Ughetta, JJ., concur; Wenzel, Acting P. J., dissents and votes to annul the determination, with the following memorandum: The zoning board of appeals was limited in its issuance of special use permits by certain established standards.  It was required in its determination of such applications not to thwart the comprehensive plan " to lessen congestion in the streets" and " to secure freedom from fire, panic and other dangers." There is testimony that the road upon which these properties lie is a narrow one, at points little more than eleven feet wide.  The trucks of the holder of the permit are eight feet wide, practically pre-empting the road in such places. No car can pass such a truck in either direction.  This of course would include fire apparatus.  Nor, obviously, can the continued maintenance of a gravel pit as now permitted be " in harmony with " or conducive to an " orderly general development" of an " 02 " residence district as presently prescribed.